Nos. 1853 y 1854. El Pueblo, Apelado, *v.* Laguer, Apelante. — Corte de Distrito de San Juan, Primer Distrito.

Escalamiento en primer grado. Resueltos en enero 27, 1922. No apareciendo de los autos, que se haya alegado ni cometido error fundamental alguno, se confirman las sentencias apeladas.